Department of Labor and Industry, etc.,
Appellant, *v.* Unemployment Compensation
Board of Review.

Argued November 19, 1941.

Before KELLER, P. J., CUNNING-
HAM, BALDRIGE, STADTFELD, RHODES, HIRT and KEN-
WORTHEY, JJ.

*William Hammond,* with him *David R. Perry,* Special
Deputy Attorney General, and *Claude T. Reno,* Attorney
General, for appellant.

*R. Carlyle Fee,* Asst. Special Deputy Attorney Gen-
eral, *Charles R. Davis,* Special Deputy Attorney Gen-
eral, and *Claude T. Reno,* Attorney General, for ap-
pellee, were not heard.

OPINION BY KELLER, P. J., March 4, 1942:

The Unemployment Compensation Law (Act of
December 5, 1936, P. L. 1937, p. 2897) provides in sec-
tion 510, "In any appeal to the Superior Court the
findings of the board or referee, as the case may be,
as to the facts, if supported by the evidence and in the

absence of fraud, shall be conclusive, and in such cases the jurisdiction of the Court shall be confined to questions of law."

The referee found that the claimant was laid off by her employer, acting through its forelady, on December 8, 1939, at a time when she was able and willing to work. The board, on appeal, affirmed the findings. They are supported by substantial competent evidence and are conclusive on us.

Her leaving work was therefore not voluntary. See *Labor & Industry Dept. v. Unemployment Compensation Board of Review*, 133 Pa. Superior Ct. 518, 521, 3 A. 2d 211; and she was entitled to unemployment compensation.

The decision of the board is affirmed and the appeal is dismissed.